IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRENDAN WELCH,

Plaintiff,

vs.

TENNECO AUTOMOTIVE OPERATING COMPANY, ANNE FREUH, and MELISSA BOYLES,

Defendants.

4:23CV3230

MEMORANDUM AND ORDER

This matter is before the court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis ("IFP"), Filing No. 2, and a motion to "expedite hearings and summons" (the "Motion for Summons"), Filing No. 3.  For the reasons set forth below, the Court will grant the IFP motion and will deny the Motion for Summons.

**I. IFP**

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2.  Upon review of Plaintiff's IFP Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.  Leave to proceed IFP shall therefore be granted.

**II.  SUMMONS**

Plaintiff also filed a Motion for Summons, seeking to "expedite" issuance of summons and to expedite the matter generally.  Filing No. 3.  Plaintiff's Motion for

Summons is premature as the Court has not yet performed an initial review of the Complaint. See *Jackson v. Herrington*, 393 F. App'x 348, 353 (6th Cir. 2010) ("Rule 4 requires plaintiffs to serve each defendant with a summons and a copy of the complaint. But district courts cannot issue summonses in *in forma pauperis* cases until after screening the complaint for frivolousness and other defects under 28 U.S.C. §§ 1915(e) . . .".) (citation omitted)). As the Court has not yet performed an initial review to determine whether this matter may proceed to service of process, the Motion for Summons shall be denied without prejudice.

Plaintiff is advised that, as his IFP Motion has been granted, the next step in his case will be for the Court to conduct an initial review of his claims set forth in the Complaint to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The review will be conducted in the Court's normal course of business.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's Motion for Summons, Filing No. 3, is denied without prejudice.

2.  Plaintiff's Motion for Leave to Proceed IFP, Filing No. 2, is granted and the Complaint shall be filed without payment of fees.

3.  An initial review of Plaintiff's claims set forth in the Complaint to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2) will be conducted in the course of the Court's normal business.

Dated this 4th day of December, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Court