IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDAN WELCH,<br><br>    Plaintiff,<br><br>vs.<br><br>TENNECO AUTOMOTIVE OPERATING COMPANY, ANNE FREUH, and MELISSA BOYLES,<br><br>    Defendants. | 4:23CV3230<br><br>**ORDER** |

  This matter comes before the Court on the Joint Stipulation for Dismissal with Prejudice filed by the parties. Filing No. 9. The Court, being duly advised in the premises, finds that the dismissal should be granted and the following order entered.

  IT IS THEREFORE ORDERED that:

  1. The above-captioned case is dismissed with prejudice, each party to pay their own attorneys' fees and costs. A separate judgment will be entered.

  2. Plaintiff's pending motion to stay, Filing No. 7, is denied as moot.

  3. The Clerk of the Court is directed to send a copy of this order and the accompanying judgment to Plaintiff at the address the Court has on file and the following address: 403 N Galway Street, Greeley, Nebraska 68842.

Dated this 7th day of August, 2024.

                BY THE COURT:

                */s/ Joseph F. Bataillon*

                Joseph F. Bataillon
                Senior United States District Judge